

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00881-CV

**IN RE** Hannah **RYERSON**

Original Mandamus Proceeding[1]

Opinion by:    Beth Watkins, Justice
Concurring opinion by: Patricia O. Alvarez, Justice

Sitting:      Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Beth Watkins, Justice

Delivered and Filed: March 4, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 19, 2019, relator filed a petition for writ of mandamus. After considering the petition, the response, the reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

                                  Beth Watkins, Justice

---

[1] This proceeding arises out of Cause No. 2018CI04186, styled *Kirsten Hartman and Diamond Landeros v. Hannah Ryerson*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.